# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER A. FAULKNER,<br><br>    Defendant. | Case No. MJ 18-1588<br><br>**NOTICE RE CONTRIBUTION TO EXPENSE OF APPOINTED COUNSEL** |

MEMORANDUM re contribution to expense of appointed counsel. (See attached)

DATED: 06/19/2018

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# MEMORANDUM

Date: 06/19/2018

**Forward to the assigned District Judge**

From: Magistrate Judge Frederick F. Mumm

Re: **Contribution to Expense of Appointed Counsel**

Case No. MJ 18-1588

USA v. Christopher A. Faulkner

    After reviewing the Affidavit of Financial Status in this case, it is my opinion that the defendant is on the borderline of financial inability to pay. An order of contribution toward the defense may be in order.

    The defendant was advised that the appointment of counsel was made subject to an order for contribution at the discretion of the judge to whom this case would be assigned.